UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUART TARMY AND OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES RIVER SYSTEMS, INC. d/b/a CHARLES RIVER DEVELOPMENT<br><br>    Defendant. | Civil Action No. 04-10992-GAO |

## CHARLES RIVER DEVELOPMENT'S RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, defendant Charles River Systems, Inc. d/b/a Charles River Development. and its counsel affirm that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as mediation, arbitration, and the alternative dispute resolution programs outlined in Local Rule 16.4.

Respectfully submitted,

Charles River Systems, Inc. d/b/a
Charles River Development.

By its representative,

_/s/ Diane Tormey_
Diane Tormey, Esq.

Charles River Systems, Inc. d/b/a
Charles River Development

By its attorneys,

_/s/_
Laura E. Schneider (BBO#562030))
Jessica A. Foster (BBO# 636841)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

USIDOCS 4880945v1