UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUART TARMY,<br><br>      Plaintiff,<br><br>v.<br><br>CHARLES RIVER SYSTEMS, INC. d/b/a<br>CHARLES RIVER DEVELOPMENT,<br>      Defendants. | No. 04-10992-GAO |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Stuart Tarmy, and Defendant, Charles River Systems, Inc., hereby stipulate and agree to dismiss the above captioned lawsuit filed by plaintiff against defendant with prejudice, with each party to bear its own costs and attorneys' fees. All rights of appeal are hereby waived.

Ara Balikian, Esq. (BBO# 630576)
Kristen M. Hurley, Esq. (BBO# 658237)
Gordon and Balikian, LLP
535 Boylston Street, 6th Floor
Boston, MA 02116
(617) 536-1800

*Counsel for Stuart Tarmy*

Adam P. Forman, Esq. (BBO# 560360)
Michael Mankes, Esq. (BBO# 552127)
Littler Mendelson, P.C.
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

*Counsel for Charles River Systems, Inc.*

Dated: October 26, 2005